**Order entered November 29, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00301-CR

**ALBERT SULLIVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-21101-N**

## ORDER

Before the Court is the State's November 27, 2017 motion to file an amended brief. The State's amended brief was received by the Court with the motion. This case is set for submission on December 5, 2017.

The Court **GRANTS** the State's November 27, 2017 motion to file an amended brief. The State's amended brief is deemed filed as of the date of this order.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE